No. 91–1167. SKY CHEFS, INC. *v.* DIAS. C. A. 9th Cir. Certiorari denied.

No. 91–1168. INTERNATIONAL EATERIES OF AMERICA, INC. *v.* BROWARD COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 91–1174. MEYERS *v.* KALLESTEAD, DBA BETTE MOM'S TAVERN. Sup. Ct. Iowa. Certiorari denied.

No. 91–1181. COLEMAN *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 91–1187. HOOPER *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 91–1190. ARIZONA *v.* QUINTON. Ct. App. Ariz. Certiorari denied.

No. 91–1192. LAKE AT LAS VEGAS INVESTORS GROUP, INC. *v.* TRANSCONTINENTAL CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1215. BLAS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BLAS *v.* GOVERNMENT OF GUAM ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1245. DENNIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–1298. NOWICKI *v.* WISCONSIN SUPREME COURT, JUDICIAL ADMINISTRATIVE DISTRICTS 1, 2, AND 3, ET AL. Sup. Ct. Wis. Certiorari denied.

No. 91–6239. GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6296. JACOBS *v.* SUPREME COURT OF MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 91–6542. COLETTI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6638. LEWIS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.